**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CHRISTOPHER DISTASIO on behalf of himself and others similarly situated, | : : : |
| Plaintiff, | : : |
| v. | :  Case No. 3:16-cv-00538-DJS : |
| EDIBLE ARRANGEMENTS, LLC, | : : |
| Defendant. | : : |

**MOTION FOR ADMISSION OF NATALIE L. ARBAUGH**
***PRO HAC VICE***

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, Defendant Edible Arrangements, LLC ("Defendant"), by and through its undersigned counsel, respectfully requests that the Court admit Natalie L. Arbaugh, Esq. *pro hac vice* to appear in this Court on behalf of the Defendant in the above-captioned matter. Sponsoring counsel, Hugh F. Keefe, Esq., is an attorney with Lynch, Traub, Keefe & Errante in New Haven, Connecticut. He is a member in good standing of the Bar of this Court. Service of all papers connected with this lawsuit may be made on Attorney Keefe in accordance with Local Rule 83.1(c). In support of this motion, Defendant submits the attached Affidavit of Natalie L. Arbaugh, Esq., in which she states her qualifications for admission *pro hac vice* in accordance with Local Rule 83.1(d).

| | |
|---|---|
| Dated: July 18, 2018 | Respectfully submitted,<br><br>DEFENDANT EDIBLE ARRANGEMENTS, LLC<br><br>By: */s/ Hugh F. Keefe* (ct05106)<br>Hugh F. Keefe<br>Daniel P. Scholfield<br>Marisa A. Bellair<br>Lynch, Traub, Keefe & Errante<br>52 Trumbull Street<br>P.O. Box 1612<br>New Haven, CT 06506<br>T: (203) 782-0275<br>F: (203) 782-0278<br>hkeefe@ltke.com<br>dscholfield@ltke.com<br>mbellair@ltke.com<br><br>Natalie L. Arbaugh (*pro hac vice forthcoming*)<br>Ahtoosa A. Dale (*pro hac vice pending*)<br>WINSTON & STRAWN LLP<br>2121 N. Pearl Street<br>Suite 900<br>Dallas, TX 75201<br>T: (214) 453-6500<br>F: (214) 453-6400<br>narbaugh@winston.com<br>adale@winston.com<br><br>Sean G. Wieber (*pro hac vice* no. 08771)<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>T: (312) 558-5600<br>F: (312) 558-5700<br>swieber@winston.com<br><br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

*/s/ Hugh F. Keefe*