UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER DISTASIO, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDIBLE ARRANGEMENTS, LLC,<br><br>Defendant. | Case No. 3:16-cv-00538-DJS |

**DEFENDANT'S MOTION TO STAY PENDING THE SUPREME COURT'S DECISION IN *FACEBOOK, INC. V. DUGUID***

Defendant Edible Arrangements, LLC ("Edible") respectfully moves the Court to stay this action pending the United States Supreme Court decision in *Facebook, Inc. v. Duguid*, No. 19-511. The grounds for this motion are set forth in the accompanying memorandum of law. Edible does not request oral argument on this motion.

**ORAL ARGUMENT NOT REQUESTED**

Dated: August 17, 2020.	Respectfully submitted,

By: */s/ Ryan D. Watstein*
Ryan D. Watstein (*admitted pro hac vice*)
Jessica D. Gallegos (*admitted pro hac vice*)
**KABAT CHAPMAN & OZMER LLP**
171 17th Street, NW
Suite 1550
Atlanta, GA 30363
T: (404) 400-7300
F: (404) 400-7333
rwatstein@kcozlaw.com
jgallegos@kcozlaw.com

and

Hugh F. Keefe
Marisa A. Bellair
Garrett A. Denniston
**LYNCH, TRAUB, KEEFE & ERRANTE**
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506
T: (203) 782-0275
F: (203) 782-0278
hkeefe@ltke.com
mbellair@ltke.com
gdenniston@ltke.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I certify that today I filed the foregoing using the Court's CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

*/s/ Jessica D. Gallegos*
Jessica D. Gallegos