**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CHRISTOPHER DISTASIO, on behalf of himself and others similarly situated, | |
| Plaintiff, | Case No. 3:16-cv-00538-DJS |
| v. | |
| EDIBLE ARRANGEMENTS, LLC, | |
| Defendant. | |

**JOINT MOTION FOR EXTENSION OF TIME OF ALL DEADLINES**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b), Plaintiff Christopher DiStasio ("Plaintiff") and Defendant Edible Arrangements, LLC ("Edible"), by and through undersigned counsel, move this Court for a 6 (six)-month extension of all pending deadlines in the Court's current scheduling order. Dkt. 111. In support, the parties state as follows:

1.      Edible filed its pending Motions for Judgment on the Pleadings, or alternatively to Transfer, or alternatively to Stay (Dkts. 112, 113, 114) on August 17, 2020 (the "Motions").

2.      Although briefing is now closed on the Motions, the parties subsequently filed Notices of Supplemental Authority (Dkts. 125-127) to bring to this Court's attention recent district court opinions reviewing arguments identical or similar to the arguments Edible made in its Motion for Judgment on the Pleadings.

3.      Moreover, two key members of Edible's legal team will be on unavoidable medical leave in early 2021.

4.      In light of this Court's forthcoming rulings on Edible's pending Motions and the medical leave issues referenced above, the parties respectfully request an extension of six (6)

months of all pending deadlines in this Court's current scheduling order.  Dkt. 111.  This request is not designed to delay the case unnecessarily, but for the good cause of facilitating time to complete discovery in an orderly and cost-effective manner after the Court's rulings on Edible's pending Motions and to accommodate any delay caused by the above-referenced team members' medical leave.

5.      If granted, the parties' requested extension would result in the following schedule:

a.      All discovery, including but not limited to class discovery, depositions and reports of experts, shall be completed by **August 4, 2021**.

b.      Class Certification motions shall be filed by **August 18, 2021** and objections to class certification motions shall be filed by **September 15, 2021**.

c.      Dispositive motions shall be filed by **November 3, 2021** and if no dispositive motion is filed, the parties shall file their joint trial memorandum by **November 3, 2021**.

d.      This case shall be trial ready **December 1, 2021**.

6.      Counsel for the parties have conferred and both parties join this Motion.

7.      This is the parties' first time seeking an extension of the deadlines set forth in the Court's current scheduling order.  Dkt. 111.

For these reasons, the parties respectfully request that the Court grant them an extension of 6 (six) months on all remaining deadlines in the Court's current scheduling order.

Dated: December 28, 2020.

/s/ Stephen Taylor
Stephen Taylor
Sergei Lemberg
**LEMBERG LAW, LLC**

/s/ Jessica D. Gallegos
Ryan D. Watstein (*admitted pro hac vice*)
Jessica D. Gallegos (*admitted pro hac vice*)
**KABAT CHAPMAN & OZMER LLP**

43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

*Attorneys for Plaintiff*

171 17th Street, NW
Suite 1550
Atlanta, GA 30363
T: (404) 400-7300
F: (404) 400-7333
rwatstein@kcozlaw.com
jgallegos@kcozlaw.com

and

Hugh F. Keefe
Marisa A. Bellair
Garrett A. Denniston
**LYNCH, TRAUB, KEEFE & ERRANTE**
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506
T: (203) 782-0275
F: (203) 782-0278
hkeefe@ltke.com
gdenniston@ltke.com
mbellair@ltke.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that today I filed the foregoing using the Court's CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

*/s/ Jessica D. Gallegos*
Jessica D. Gallegos