**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Christopher DiStasio, *on his own behalf and on behalf of all others similarly situated*, | : : : : |
| Plaintiff, | : : Civil Action No.: 3:16-cv-00538-VLB |
| v. | : : |
| Edible Arrangements, LLC, | : : |
| Defendant. | : : |

## UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE FOR JOSHUA MARKOVITS

Pursuant to Local Rule 83.1(d), Stephen Taylor, a member in good standing of the Bar of the State of Connecticut and the United States District Court for the District of Connecticut, moves for the admission of Joshua Markovits, a member of the Bar of the State of New York, to this Court *pro hac vice*. Mr. Markovits seeks to appear and practice in this Court as co-counsel for Plaintiff, Christopher DiStasio.

In support of this motion, a sworn affidavit by Attorney Markovits is attached that: (1) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; (3) he has not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court; (4) he has read and agrees to comply with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct; and (5) he designates undersign counsel as his agent for service of process and the

District of Connecticut as the forum for the resolution of any dispute arising out of his admission under Local Rule 83.1(d).  Mr. Markovits also attaches to his Affidavit a Certificate of Good Standing issued by the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, on March 1, 2021.

In addition, Attorney Markovits will pay the appropriate fee to the Clerk of the Court.

WHEREFORE, it is respectfully requested that Joshua Markovits be admitted to practice before this Court *pro hac vice* for the purpose of representing Plaintiff, Christopher DiStasio, in this Court in this matter.

Dated: March 5, 2021

Respectfully submitted,

By:   */s/ Stephen Taylor*
Sergei Lemberg
Stephen Taylor
LEMBERG LAW, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this, the 5th day of March, 2021, the foregoing was filed

with the Clerk of the Court which sent notice of such filing to all counsel of record.


*/s/ Stephen Taylor*
Stephen Taylor