**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CHRISTOPHER DISTASIO, on behalf of himself and others similarly situated,<br><br>         Plaintiff,<br><br>    v.<br><br>EDIBLE ARRANGEMENTS, LLC,<br><br>         Defendant. | Case No. 3:16-cv-00538-DJS |

**MOTION FOR ADMISSION OF MATTHEW A. KEILSON *PRO HAC VICE***

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, Defendant Edible Arrangements, LLC ("Defendant"), by and through its undersigned counsel, respectfully requests that the court admit Matthew A. Keilson *pro hac vice* to appear in this Court on behalf of the Defendant in the above-captioned matter.  Sponsoring counsel, Hugh F. Keefe, Esq., is an attorney with Lynch, Traub, Keefe & Errante in New Haven, Connecticut.  He is a member in good standing of the Bar of this Court.  Service of all papers connected with this lawsuit may be made on Attorney Keefe in accordance with Local Rule 83.1(c).  In support of this motion, Defendant submits the attached Affidavit of Matthew A. Keilson in which he states his qualifications for admission *pro hac vice* in accordance with Local Rule 83.1(d).

<div style="display:flex">
<div>Dated: March 10, 2021.</div>
<div>

Respectfully submitted,

**DEFENDANT EDIBLE ARRANGEMENTS, LLC**

By: */s/ Hugh F. Keefe* (ct05106)
Hugh F. Keefe
Garrett Denniston
Marisa A. Bellair
**LYNCH, TRAUB, KEEFE & ERRANTE**
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506
T: (203) 782-0275
F: (203) 782-0278
hkeefe@ltke.com
gdenniston@ltke.com
mbellair@ltke.com

Matthew A. Keilson (*pro hac vice forthcoming*)
Ryan D. Watstein (*pro hac vice*)
Jessica D. Gallegos (*pro hac vice*)
**KABAT CHAPMAN & OZMER LLP**
171 17th Street, NW
Suite 1550
Atlanta, GA 30363
T: (404) 400-7300
F: (404) 400-7333
mkeilson@kcozlaw.com
rwatstein@kcozlaw.com
jgallegos@kcozlaw.com

*Attorneys for Defendant*

</div>
</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing was sent by e-mail to all parties by operation off the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of electronic Filing.  Parties may access this filing through the Court's system.

*/s/ Hugh F. Keefe*
Hugh F. Keefe